```
UNITED STATES DISTRICT COURT                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :
                                              INDICTMENT
          - v. -                      :
                                              08 Cr.
JOSE TORRES,                          :

          Defendant.                          08 CRIM. 0521

- - - - - - - - - - - - - - - - - - - - - - - x
```

## COUNT ONE

The Grand Jury charges:

1. On or about April 30, 2008, in the Southern District of New York and elsewhere, JOSE TORRES, the defendant, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that JOSE TORRES, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, would distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a), and 841(b)(1)(A).

## OVERT ACT

3. In furtherance of the conspiracy and to effect the illegal objects thereof, JOSE TORRES, the defendant, committed

the following overt act, among others, in the Southern District of New York and elsewhere:

      a.   On or about April 30, 2008, TORRES accepted delivery of two packages containing cocaine at a UPS facility in Yonkers, New York.

(Title 21, United States Code, Section 846.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney